2010-01016
FILED    Doc 1
January 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002377194

Susan A. Hemb, State Bar No. 234211
HEMB & HEMB, LLP
1530 E. Shaw Avenue, Suite 104
Fresno, California 93710
E Mail hemblaw@hembandhemb.com
Tel:   (559) 241-7050
Fax:   (559) 241-7052

Attorney for: Kenneth and Maria Cohen, Debtors

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:                                          Case No. 2009-18219-A-13

    KENNETH AND MARIA COHEN,

    DEBTOR.                                Chapter 13

---

Kenneth and Maria Cohen, Plaintiff
      V.
    RIMCO
                                                Adv. Proc. No.

---

## COMPLAINT TO HOLD CREDITOR IN CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY

---

## COMPLAINT FOR SANCTIONS IN VIOLATION OF THE AUTOMATIC STAY

Kenneth and Maria Cohen, the Debtors herein, by their attorney, moves for sanctions against RIMCO and its attorneys, and respectfully represents.

1. On August 27, 2009, the Debtor filed a voluntary petition under Chapter 13 in the Eastern District of California by filing a petition which has been assigned No. 2009-18219 in this court.

2. This Court has jurisdiction to hear this matter under 28 U.S.C. § 1334, because it arises in that case and is related to it. This proceeding is a core proceeding.

3. The Defendant was named in Schedule F of the petition as an unsecured creditor.

4. The Defendant is also a creditor of the Debtor within the meaning of 11 U.S.C. § 101 (10).

5.  An order for relief was entered on August 27, 2009, pursuant to 11 U.S.C. § 301, thus triggering an automatic stay, pursuant to 11 U.S.C. § 362(a), of all debt collection against the Debtor.

6. On or about September 28, 2009 an unknown representative from RIMCO entered the Debtor's property located at 1035 Cupertino Court, Tulare, CA 93274 and removed the tires from the Debtor's 1987 Toyota Supra turbo charged vehicle.  In the process of doing this the rims were damaged, there were lug nuts left laying all over the front yard and the car was sitting on old flat tires (see pictures of Exhibit A).

7. On or about September 29, 2009, Debtors counsel called and left a message for Todd McGuire, the manager at the Visalia, CA RIMCO location, in regards to the actions taken by RIMCO against the Debtors and the Debtors vehicle.

8. On or about September 30, 2009 Debtors counsel spoke with Todd McGuire at RIMCO and advised him that his company was in violation of the automatic stay when removing the tires from Debtors vehicle.  Mr. McGuire admitted a representative from RIMCO did remove the tires from Debtors vehicle. Debtors counsel expressed a desire to potentially settle this case out of court by simply having Mr. McGuire return the Debtors tires to the vehicle, and fix the damage to the rims. Debtors counsel also advised Mr. McGuire and his company not to have any further contact with the Debtor due to the fact that Debtors are represented by an attorney in a Chapter 13 Bankruptcy. Debtors counsel sent a letter confirming this conversation to Mr. McGuire via fax and US Mail (see Exhibit B). Mr. McGuire requested Debtors counsel to send him photos of the damage to the vehicle via e-mail(see Exhibit C). In continued violation of the automatic stay, a RIMCO representative returned to the Debtors residence on September 30, 2009 at approximately 2:35 p.m. (See Exhibit D).

9.  On or about October 27, 2009 Debtor's Counsel still had not had any response from Mr. McGuire at RIMCO in regards to the tires being returned. Debtors counsel called and left a message at the Visalia, CA RIMCO location for Mr. McGuire to the return call.  No call back was received.

10.  On or about November 20, 2009 Debtor's Counsel still had not had any response from Mr. McGuire at RIMCO in regards to the tires being returned. Debtors counsel called and left a message at the Visalia, CA RIMCO location for Mr. McGuire to return the call.  No call back was received.

11. On or about December 15, 2009 Debtors counsel sent a letter to Mr. McGuire via fax and US Mail in regards to settling account prior to adversary proceeding being filed (see Exhibit E).

12. On or about December 21, 2009 Debtor's Counsel still had not had any response

2

from Mr. McGuire at RIMCO in regards to the tires being returned. Debtors counsel called and left a message at the Visalia, CA RIMCO location for Mr. McGuire to return the call. No call back was received.

13. On or about December 30, 2009 Debtor's Counsel still had not had any response from Mr. McGuire at RIMCO in regards to the tires being returned. Debtors counsel called and left a message at the Visalia, CA RIMCO location for Mr. McGuire to return the call. No call back was received.

14. On or about January 6, 2010 Debtors counsel called Mr. McGuire at the RIMCO location in Visalia, CA and spoke with Mr. McGuire. Debtors counsel was informed that he had retained an attorney and any further information and correspondence was to go through the attorney for RIMCO. Mr. McGuire requested a certified letter be sent to te RIMCO Visalia, CA location formally requesting the contact information for Mr. McGuires attorney. Debtors counsel sent the letter as requested to the Visalia, CA RIMCO location via FedEx, signature upon delivery required (see Exhibits F and G).

15. As of January 27, 2010 Debtors counsel still has not received any information from Mr. McGuire in regards to the contact information for RIMCO's attorney in order to settle this dispute. Nor have the Debtors received the tires back for their vehicle.

WHEREFORE, the Debtor requests the following relief:

(1) Entry of an order finding RIMCO in willful violation of the automatic stay;

(2) An award of the actual damages pursuant to 11 USC § 362(k)(l);

(3) An award of the Debtor's costs and Attorneys' fees for bringing this motion;

(4) An award of punitive damages against RIMCO;

(5) The tires back from RIMCO for Debtors vehicle;

(5) Such other and further relief as the Court deems equitable and appropriate.


Respectfully Submitted:

HEMB & HEMB LLP



Dated:   01/27/2010                    /s/ Susan A Hemb
                                       Susan A Hemb, Attorney for Debtor

EXHIBIT A

Photo 043 Rob



Filed 01/27/10          Case 10-01016                                    Doc 1



09/29/2009





09/29/2009



Filed 01/27/10    Case 10-01018    Doc 1



EXHIBIT B

HEMB & HEMB LLP
ATTORNEYS AT LAW
ATTORNEY RICHARD HEMB
ATTORNEY SUSAN A. HEMB
DEBT RELIEF AGENCY
1539 E. Shaw Avenue, Suite 104
Fresno, California 93710

FAX (559) 241-7052

Telephone (559) 241-7050

September 30, 2009

Todd McGuire
C/O RIMCO Visalia
1712 E Main Street
Visalia, CA 93292

VIA FAX 559-627-8474
VIA US MAIL

Debtor: Kenneth Cohen and Maria Pena - Cohen
Chp 13 Bk Case No: 2009-18219

Dear Mr. McGuire:

I am sending you this letter to re-cap our conversation on today's date in which we discussed Mr. Cohen and the illegal repossession of his tires.

When we spoke earlier today I advised that Mr. Cohen was in an active bankruptcy and therefore is protected under the Chapter 13 Bankruptcy Code. I also advised you that when your employee went out and repossessed Mr. Cohen's tires it was a violation of federal law and a possible lawsuit could ensue. I expressed our office's desire to potentially settle this case out of court and seek some sort of monetary compensation for our client, and the return of the tires. I also voiced concern over the damage that had occurred to Mr. Cohen's rims during the illegal repossession of the tires and to the body of the car when it was jacked up in the wrong place.

You also voiced a similar concern of avoiding a lawsuit and requested that I send you the pictures of the damage to the vehicle, rims, and body of the car via e-mail. In the body of the e-mail I thanked you for your cooperation and requested that you keep me updated with a potential resolution.

As of 4:50 p.m. I still have not heard from you, but in the interim I did receive a call from Mr. Cohen who informed me that upon arriving home from work his vehicle was moved "6 – 12 inches over". He also informed me that you had attempted to contact him to "discuss" the "issue" of the tires and rims. I do not know what your intentions were when calling him, or when sending your employees to his house, but this is also again a violation of federal law. When a debtor is protected under bankruptcy code a creditor (such as yourself) is legally not allowed to contact them.

Our office is still interested in settling this case to avoid the time and cost of a lawsuit, but Mr. Cohen feels very violated that his property was entered and his belongings relocated. Please do not approach, call, or contact Mr. Cohen, the vehicle (1987 Toyota Supra), or his property in any way from this point forward.

If you would like to continue negotiations please contact our office only and do not contact Mr. Cohen directly under any circumstances.

Please feel free to call the office if you have any questions relevant to this matter.

Sincerely,

Nikki Lowrey
Legal Assistant to Susan Flemb

EXHIBIT C

| From: | The Law Office of Hemb and Hemb, LLP | To: | N8293N@aol.com |
|---|---|---|---|
| Subject: | Toyota Pics from Client | Cc: | |
| Date: | Wednesday, September 30, 2009 1:26pm | | |

Attach:   001.JPG (59.8 KB)
002.JPG (40.6 KB)
003.JPG (32.8 KB)
004.JPG (93.5 KB)
005.JPG (61.6 KB)
006.JPG (67.1 KB)
400.JPG (45.9 KB)
401.JPG (67.2 KB)
402.JPG (37.3 KB)
403.JPG (45.0 KB)
404.JPG (45.4 KB)
405.JPG (39.9 KB)
406.JPG (36.9 KB)
407.JPG (36.5 KB)
408.JPG (40.6 KB)
409.JPG (58.4 KB)
410.JPG (87.7 KB)

Mr. McGuire –

Thank you so much for your assistance in this matter.  Please call me to update me of the status. 559-241-7050.

Sincerely,

Nikki Lowrey
Legal Assistant to Susan A. Hemb

*************************************************************************

CONFIDENTIALITY NOTICE:
This e-mail message, including any attachments, is legally privileged and confidential information intended only for the use of the individual or entity named above and is protected by the attorney-client privilege, the attorney work product doctrine, and other rules of confidentiality, privilege, and non-disclosure. Any unauthorized review, use, disclosure or distribution of this message or attachments by anyone other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment(s).

*************************************************************************

-----Original Message-----
From: "miakenny Cohen" <miakenny05@hotmail.com>
Sent: Tuesday, September 29, 2009 8:37pm
To: "The Law Office of Hemb and Hemb, LLP" <hemblaw@hembandhemb.com>
Subject: RE: BK Docs Needed

Date: Mon, 17 Aug 2009 14:28:43 -0700
Subject: BK Docs Needed
From: hemblaw@hembandhemb.com
To: miakenny05@hotmail.com
CC: miapenacohen@ymail.com

Hotmail® has ever-growing storage! Don't worry about storage limits. Check it out.

Sincerely,

Nikki Lopez
Legal Assistant to Susan A. Hemb

*********************************************************************
CONFIDENTIALITY NOTICE:
This e-mail message, including any attachments, is legally privileged and confidential information intended only for the use of the individual or entity named above and is protected by the attorney-client privilege, the attorney work product doctrine, and other rules of confidentiality, privilege, and non-disclosure. Any unauthorized review, use, disclosure or distribution of this message or attachments by anyone other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment(s).

*********************************************************************









hemblaw@hembandhemb.com - Webmail























EXHIBIT D

LEASE
AGREEMENT NO.
#690



SALES & LEASE OWNERSHIP For Less!

# We Came By Today!

Time 09/30/09

Date 2:35pm

KENNY GIVE
US A CALL
627-8473

*Thank You*
RIMCO THANK YOU

EXHIBIT E

HEMB & HEMB LLP
ATTORNEYS AT LAW
ATTORNEY RICHARD HEMB
ATTORNEY SUSAN A. HEMB
DEBT RELIEF AGENCY
1530 E. Shaw Avenue, Suite 104
Fresno, California 93710

FAX (559) 241-7052

Telephone (559) 241-7050

December 15, 2009

Todd McGuire
C/O RIMCO Visalia
1712 E Main Street
Visalia, CA 93292

VIA FAX 559-627-8474
VIA US MAIL

Debtor: Kenneth Cohen and Maria Pena - Cohen
Chp 13 Bk Case No: 2009-18219

Dear Mr. McGuire:

I am sending you this letter because up to today's date I have been unable to reach you via the telephone when calling over 8 different times.

Our office is making one final attempt to settle this case with you prior to having to file an adversary proceeding in Federal Court. Mr. Cohen is willing to settle this case with the return of his tires and $500.00 cash to replace the damaged rims on the vehicle.

If this offer is acceptable please contact our office as soon as possible so we are able to lay this issue to rest for all parties involved.

Please feel free to call the office if you have any questions relevant to this matter.

Sincerely,

Nikki Lowrey
Legal Assistant to Susan Hemb

# HEMB & HEMB, LLP.

## 1530 EAST SHAW AVENUE, SUITE 104
## FRESNO, CA 93710
## PHONE: 559-241-7050 FAX: 559-241-7052

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Todd McGuire | FROM: Nikki |
| COMPANY: KIMCO / Visalia | DATE: 12/15/09 |
| FAX NUMBER: 627-8474 | TOTAL NO. OF PAGES, INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |

RE: Cohen, Kenny

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ ORIGINAL WILL FOLLOW VIA US MAIL

NOTES/COMMENTS: _____

This message is intended only for the individual or entity to which it is transmitted and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws. If the reader of this communication is not the intended recipient or the employee or authorized agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this facsimile is prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original communication to us at the address listed above via U.S. mail. We will reimburse you for this expense. Thank you.

\* Confirmation Requested \*

# EXHIBIT F

**HEMB & HEMB LLP**
**ATTORNEYS AT LAW**
**ATTORNEY RICHARD HEMB**
**ATTORNEY SUSAN A. HEMB**
DEBT RELIEF AGENCY
**1536 E. Shaw Avenue, Suite 104**
**Fresno, California 93710**

FAX (559) 241-7052

Telephone (559) 241-7050

January 6, 2010

Todd McGuire
C/O RIMCO Visalia
1712 E Main Street
Visalia, CA 93292

VIA FAX 559-627-8474
VIA FED EX

Debtor: Kenneth Cohen and Maria Pena - Cohen
Chp 13 Bk Case No: 2009-18219

Dear Mr. McGuire:

I am sending you this letter to re-cap our conversation on today's date in which we discussed the status of Mr. Cohen's illegally repossessed tires and the issue of non-communication between yourself and our office. After 7 non-returned phone calls you requested I send you a letter officially requesting the contact information for your attorney.

Please consider this a formal request for the contact information for your attorney representing you in this matter. Please respond within (10) ten days of this letter so that we may resolve this case accordingly.

Please feel free to call the office if you have any questions relevant to this matter.

Sincerely,

Nikki Lowrey
Legal Assistant to Susan Hemb

# HEMB & HEMB, LLP.

1530 EAST SHAW AVENUE, SUITE 104
FRESNO, CA 93710
PHONE: 559-241-7050 FAX: 559-241-7052

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Mr. McGuire | FROM: Nikki |
| COMPANY: Rimco | DATE: 11/6/10 |
| FAX NUMBER: 627-8474 | TOTAL NO. OF PAGES, INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |

RE: Cohen

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☑ ORIGINAL WILL FOLLOW VIA US MAIL

NOTES/COMMENTS:

As Requested / Sent via FedEx

This message is intended only for the individual or entity to which it is transmitted and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws. If the reader of this communication is not the intended recipient or the employee or authorized agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this facsimile is prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original communication to us at the address listed above via U.S. mail. We will reimburse you for this expense. Thank you.

<u>Fax Call Report</u>

HP LaserJet M3035 MFP Series

Page 1

### Fax Header Information

HLMB & HEMB LLP
603-241-7050
2010-Jan-06 12:57 PM

| Fax Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|---------|-----------|------|----------------|----------|-----|--------|
| 3088 | 2010-Jan-06 12:56 PM | Send | 6270474 | 1:36 | 2 | Success |

EXHIBIT G

From:    TrackingUpdates@fedex.com
Subject: FedEx Shipment 651987710000484 Delivered
Date:    Monday, January 11, 2010 2:18pm

To: hemblaw@hembandhemb.com
Cc:

---

This tracking update has been requested by:

Company Name:          Hemb & Hemb LLP
Name:                Richard Hemb
E-mail:             hemblaw@hembandhemb.com

---

Our records indicate that the following shipment has been delivered:

Reference:            Cohen RIMCO Letter
Ship (P/U) date:      Jan 8, 2010
Delivery date:        Jan 11, 2010 2:16 PM
Sign for by:          JJAON
Service type:        FedEx Ground
Packaging type:      Package
Number of pieces:    1
Weight:            1.00 lb.

Tracking number:    651987710000484

Shipper Information          Recipient Information
Richard Hemb             Todd McGuire
Hemb & Hemb LLP        RIMCO
1630 E. Shaw Ave., #104   1712 E MAIN ST
Fresno                VISALIA
CA                     CA
US                     US
93710                93292

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 4:18 PM CST on 01/11/2010.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.